# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **JEREMY LEMUEL YOUNG** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**:  Title 18, United States Code, Section 1361.  **Wrongful Damage of Government Property.**

That on or about the 6th day of November, 2022, within the Northern District of Alabama, the Defendant, **JEREMY LEMUEL YOUNG,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully and unlawfully drive through a parameter chain link fence at a high rate of speed until striking the metal post in front of the guard shack, thereby injuring property of the United States, in violation of Title 18, United States Code, Section 1361.

**COUNT TWO**: Title 18, United States Code, Section 13, assimilating Section 32-5A-191(a)(2) of the Code of Alabama.  **(a)(2) Driving Under the Influence of Alcohol.**

That on or about the 6th day of November, 22, within the Northern District of Alabama, the Defendant, **JEREMY LEMUEL YOUNG**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle while under the influence of alcohol, in violation of Sections 32-5A-191(a)(2) of the Code of Alabama, respectively, as assimilated by Title 18, United States Code, Section 13.

**COUNT THREE**: Title 18, United States Code, Section 13, assimilating Section 32-5A-31 of the Code of Alabama.  **Failure to obey a Traffic Control Device.**

That on or about the 6th day of November, 2022, within the Northern District of Alabama, the Defendant, **JEREMY LEMUEL YOUNG**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, failed to obey a Traffic Control Device, to wit: unlawfully driving a motor vehicle through a parameter fence, in violation of Section 32-5A-31 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney

*John M. Hundscheid*
Digitally signed by JOHN HUNDSCHEID
Date: 2023.03.15 15:44:20 -05'00'

JOHN M. HUNDSCHEID
Assistant United States Attorney